# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Fr. Mark Jaufman and John Doe(s)**

    vs.                                            **CASE NUMBER: 1:06-CV-1295 (NAM/DRH)**

**Howard A. Leine, Whiteman Osterman & Hanna, LLP; Independent Mediation Assistance Program and New York State Dispute Resolution Association (NYSDRA)**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Amended Complaint is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 25(a)(1).

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 20th day of October, 2008.

DATED: October 22, 2008

                                                    */s/ Lawrence K. Baerman*
                                                    Clerk of Court

                                                    Joanne Bleskoski
                                                    Deputy Clerk